FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 22  AM 10: 55

DISTRICT OF UTAH

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>TRAVIS STONE LARSON,<br><br>　　　　Debtor. | Bankruptcy No. 09-25763 WTT<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
|---|---|

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 3.22% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 10 | Worldmark by Wyndham<br>10750 West Charleston Blvd.<br>Suite 130<br>Las Vegas, NV 89135 | $4.76 |



3. A check in the amount of $4.76 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _21_ day of September, 2010.

_____
Gary E. Jubber, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the _22_ day of September, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____